IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**TYLER CHASE ADAMS,**

    **Plaintiff,**

**v.**                                        Civil Action No. 3:24cv22

**UNKNOWN,**

    **Defendant.**

## MEMORANDUM OPINION

Plaintiff, a Virginia inmate proceeding *pro se*, submitted a letter complaining about his conditions of confinement and an institutional charge and asks the Court for assistance. (ECF No. 1.) By Memorandum Order entered on January 18, 2024, the Court explained that it may not provide legal assistance to litigants. However, the Court directed the Clerk to mail Plaintiff a standardized form for filing a 42 U.S.C. § 1983 complaint. The Court explained that if Plaintiff wished to file a complaint at this time, he should complete and return the form to the Court within thirty (30) days of the date of entry thereof. The Court noted that, if Plaintiff failed to take any action within that time, the Court would dismiss the action without prejudice. *See* Fed. R. Civ. P. 41(b).

More than thirty (30) days have elapsed, and Plaintiff has not completed and returned the § 1983 complaint form. Accordingly, this action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

Date: 3/1/2024　　　　　　　　　　　　　　　　　　/s/
Richmond, Virginia　　　　　　　　　　　　M. Hannah Lauck
　　　　　　　　　　　　　　　　　　　　United States District Judge